FILED '08 SEP 16 14:08 USDC-ORE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF OREGON

| | |
|---|---|
| BRENDA K. WHITE, | Civil No. 6:07-CV-6280-AA |
| Plaintiff, | |
| vs. | JUDGMENT |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant | |

The Court hereby enters the following Judgment:

This matter is **REVERSED** and **REMANDED** to the Commissioner for further administrative proceedings, a new hearing, and a new decision pursuant to sentence four of 42 U.S.C. § 405(g) consistent with this Court's Order dated _____, 2008.

DATED this _16_ day of _September_, 2008.

_____
UNITED STATES DISTRICT JUDGE